CXE 18-024619
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS
TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA5

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| LORRIE A. DUSZ, DEBTOR | CASE NO.: 19-14101-JKS<br>CHAPTER 7 |

## NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY

TO:    Stephen B McNally, Attorney for Debtor
McNally & Busche, L.L.C.
93 Main Street
Suite 201
Newton, NJ 07860

Steven P. Kartzman, Trustee
Mellinger, Sanders & Kartzman
101 Gibraltar Drive
Suite 2F
Morris Plains, NJ 07950

Lorrie A. Dusz, Debtor
72 Glenside Trail
Township Of Sparta, NJ 07871

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA5 has filed papers with the court requesting relief from the Automatic Stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the Automatic Stay to THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA5 with regard to your property located at Lot 18 Block 3021 f/k/a Lot 65 Block 92
Commonly known as 72 Glenside Trail, Sparta, New Jersey 07871 or if you want the court to consider your views on the motion, then on or before __April 2, 2019_____, you or your attorney must:

File a written response in opposition to this motion explaining your position and send to:

Clerk of the United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Charles G. Wohlrab, Esquire
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054

Steven P. Kartzman, Trustee
Mellinger, Sanders & Kartzman
101 Gibraltar Drive
Suite 2F
Morris Plains, NJ 07950

Additionally, you must attend the hearing scheduled for April 9, 2019, at 10:00 am in Courtroom _____,

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 3/13/19            Signature /s/ Charles G. Wohlrab
                                   Charles G. Wohlrab, Esquire
                                   Shapiro & DeNardo, LLC
                                   14000 Commerce Parkway, Suite B
                                   Mount Laurel, NJ 08054